1
2
3
4
5
6
7
8
9                      IN THE UNITED STATES DISTRICT COURT FOR THE
10                              EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12 **HECTOR O. ESCALANTE,** ) | **CV F 05CV0689 AWI DLB** |
| 13 **Plaintiff**, ) | |
| 14 v. ) | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME.** |
| 15 **CITY OF DELANO, et al.,** ) | |
| 16 **Defendants.** ) | Doc. # 40 |
| 17 _____ ) | |

18

19    In this civil rights action, defendants City of Delano, et al. ("Defendants") have

20 requested an extension of time to file their opposition to plaintiff Hector O. Escalante's

21 ("Plaintiff's") motion for summary judgment. Counsel for Defendants states the extension

22 of time is necessary because of the volume of material contained in Plaintiff's motion for

23 summary judgment and because of Defendant counsel's unavailability during the time from

24 November 20, 2006, through November 26, 2006.

25    Plaintiff opposes Defendants' request on the grounds the request is not timely and it

26 fails to state facts sufficient to support the request. Plaintiff also claims he will be prejudiced

27 by any grant of extension of time.

28    The magistrate judge's scheduling order of November 11, 2005, set the date for
hearing on dispositive motions not later than December 4, 2006. Plaintiff's notice of motion

for summary judgment initially listed November 27, 2006 as the hearing date, but the motion was re-noticed ten days later for a hearing date of December 11, 2006.  A second re-notice was filed the following day setting the hearing date for December 4, 2006.  Plaintiff correctly contends that Defendants' request for extension of time was due not later than November 17, 2006.  Defendants filed a request for extension of time on that date, but the document filed failed to properly identify the correct event.  As a result, Defendants refiled their request for extension of time on November 22, 2006.  Plaintiff, in his opposition to the extension of time, admits that he was notified of Plaintiff's intent to file for an extension of time on October 26, 2006.

        The court has reviewed Plaintiff's motion for summary judgment and the documents filed in support of that motion.  Plaintiff's motion for summary judgment is factually intense, and is supported by nearly 200 pages of documents.  Based on the factual intensity of Plaintiff's motion and on the number of factual allegations involved, it is reasonable that additional time would be necessary to marshal documentation of facts in opposition.  The court finds Defendants' request for extension of time to prepare their opposition is reasonable.

        Plaintiff admits he had actual notice of Defendants' intent to file for an extension of time.  Plaintiff's claim of prejudice is based, as far as the court can discern, on Plaintiff's contention that should the court deny the request for extension, Plaintiff's submitted material facts will be unopposed, and Plaintiff will be entitled to partial or complete summary judgment, thereby obviating the need for much of the anticipated pretrial work.  The court finds the exclusion of Defendants' opposition would prejudice both the court and Defendants to a far greater extent than any possible prejudice to Plaintiff if Defendant is allowed the additional time to prepare and file an opposition.  The court has no interest in the adjudication of claims on an incomplete set of facts, and Defendants should not be subject to the loss or impairment of their defense simply because their attorney executed a pro forma request incorrectly.

Good cause appearing, it is hereby ORDERED that Defendants' request for a two-week extension of time to file their opposition to Plaintiff's motion for summary judgment is hereby GRANTED. The magistrate judges scheduling order is hereby MODIFIED as follows: Defendants' opposition shall be filed and served not later than December 4, 2006. Plaintiff's reply shall be filed and served not later than December 11, 2006. Hearing on Plaintiff's motion for summary judgment shall be held December 18, 2006, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:**   **November 29, 2006**                       **/s/ Anthony W. Ishii**
h2ehf                                                                  UNITED STATES DISTRICT JUDGE