IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HECTOR O. ESCALANTE,** | CV F 05CV0689 AWI DLB |
| **Plaintiff**, | |
| v. | ORDER DENYING PLAINTIFFS REQUEST TO HEAR SANCTIONS MATTER SIMULTANEOUSLY WITH MOTION FOR SUMMARY JUDGMENT |
| **CITY OF DELANO, et al.,** | |
| **Defendants.** | |
| | Doc. # 44 |

On May 16, 2006, Magistrate Judge Beck granted plaintiff Hector Escalante's ("Plaintiff's") motion to compel discovery and for sanctions. Inspection of the docket report indicates there is a dispute as to the appropriateness of the amount of sanction requested by Plaintiff. Because the sanction was awarded by the magistrate judge, any disputes arising from the award are to be addressed to Magistrate Judge Beck. Accordingly, the request to hear the sanctions matter simultaneously with the motion for summary judgment is DENIED. Plaintiff may contact Magistrate Judge Beck's deputy clerk at (559) 499-5672 to schedule hearing on the sanctions matter as appropriate. Plaintiff should bear in mind that it is the practice of this court to determine, following review of the parties' submissions, whether oral argument is needed in the resolution of dispositive motions. Plaintiff should not assume,

1  therefore, that oral argument will be held on the pending motion for summary judgment even
2  though oral argument is currently on calendar.

4  IT IS SO ORDERED.

5  **Dated:**     **December 10, 2006**                    **/s/ Anthony W. Ishii**
   0m8i78                                         UNITED STATES DISTRICT JUDGE