IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR O. ESCALANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF DELANO, et al.,<br><br>    Defendants. | CV F 05CV0689 AWI DLB<br><br>ORDER VACATING HEARING DATE OF DECEMBER 18, 2006 AND TAKING MATTER UNDER SUBMISSION. |

The plaintiff Hector O. Escalante has noticed for hearing and decision a Motion for Summary Judgment on his claims against defendants City of Delano, et al.  The matter was scheduled for oral argument to be held December 18, 2006.  The Court has reviewed Plaintiff's motion, Defendants' opposition, Plaintiff's reply, and the applicable law, and has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 18, 2006, is VACATED, and no party shall appear at that time.  As of December 18, 2006, the matter will be taken under submission and the court will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    December 12, 2006**            /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE