IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR O. ESCALANTE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF DELANO, et al., ) <br> ) <br> Defendants ) <br> _____ ) | CV F 05-0689 AWI DLB <br><br> ORDER TRANSFERRING CASE |

     Due to the recent appointment of District Court Judge Lawrence J. O'Neill, the court finds it necessary to transfer the above action. IT IS HEREBY ORDERED THAT the above-captioned action is reassigned to District Court Judge Lawrence J. O'Neill.   IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned action shall include the new case number, 1:CV F 05-0689 LJO DLB.

IT IS SO ORDERED.

**Dated:     February 23, 2007**                         **/s/ Anthony W. Ishii**
9h0d30                                                              UNITED STATES DISTRICT JUDGE