IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ESCALANTE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF DELANO, et al,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 05-0698 LJO DLB<br><br>**ORDER ON DEFENDANTS' IN LIMINE MOTIONS**<br>(Docs. 63-69, 70-72.) |

In this 42 U.S.C. § 1983 action alleging, among other things, a series of searches and arrests lacking probable cause, this Court conducted a March 5, 2007 hearing on defendants' motions in limine. Plaintiff Hector Escalante appeared by telephone by counsel Ellen Hammill Ellison, Law Office of Ellen Hammill Ellison. Defendants City of Delano, Police Chief Jack Griggs, Officer Ruben Campos, Officer Raoul Arviso, Officer Det. Johnson, Officer Eric Castelo, Officer Det. Castenada, Officer J. Nicholson, Officer Guzman and Officer Ortiz (collectively "defendants") appeared by telephone by counsel Michael C. Kellar, Robinson & Kellar.

This Court INCORPORATES by reference the March 5, 2007 hearing transcript and ISSUES the following rulings on defendants' in limine motions:

**1.   Defendants' Motion In Limine No. 1 To Exclude Evidence of Officer Campos' Alleged Affair With A 15-Year-Old Girl In 1996:** This Court DENIES defendants' motion in limine No. 1.

**2.**     **Defendants' Motion In Limine No. 2 To Exclude Evidence Of Insurance:** This Court GRANTS defendants' motion in limine No. 2.

**3.**     **Defendants' Motion In Limine No. 3 To Exclude HIDTA Standards Regarding Informant Reliability:** This Court GRANTS defendants' motion in limine No. 3, except that evidence may be used for impeachment if defendants testify that they are unaware of information taught to them in the program.

**4.**     **Defendants' Motion In Limine No. 4 To Exclude Evidence That Defendants Withheld Confidential Informant Identity:** This Court GRANTS defendants' motion in limine No. 4.

**5.**     **Defendants' Motions In Limine Nos. 5-10 To Exclude Portions Of Personnel Files of Defendants Gary Johnson, Eric Castelo, Raul Alviso, Jose Guzman, Julian Ortiz And Jerry Nicholson:** This Court GRANTS defendants' motions in limine Nos. 5-10.

IT IS SO ORDERED.

**Dated:**     **March 5, 2007**                  /s/ Lawrence J. O'Neill
66h44d                                            UNITED STATES DISTRICT JUDGE