IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ESCALANTE,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF DELANO, et al,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 05-0698 LJO DLB<br><br>**ORDER ON PLAINTIFF'S IN LIMINE MOTIONS**<br>(Docs. 60-62.) |

     In this 42 U.S.C. § 1983 action alleging, among other things, a series of searches and arrests lacking probable cause, this Court conducted a March 5, 2007 hearing on plaintiff Hector Escanlante's ("Mr. Escalante's") motions in limine. Mr. Escanlate appeared by telephone by counsel Ellen Hammill Ellison, Law Office of Ellen Hammill Ellison. Defendants City of Delano, Police Chief Jack Griggs, Officer Ruben Campos, Officer Raoul Arviso, Officer Det. Johnson, Officer Eric Castelo, Officer Det. Castenada, Officer J. Nicholson, Officer Guzman and Officer Ortiz (collectively "defendants") appeared by telephone by counsel Michael C. Kellar, Robinson & Kellar.

     This Court INCORPORATES by reference the March 5, 2007 hearing transcript and ISSUES the following rulings on Mr. Escalante's in limine motions:

     **1.**     **Mr. Escalante's In Limine Motion To Exclude All Police Reports, Affidavits and Records:** This Court DENIES in part and GRANTS in part the motion in that only police officer observations are admissible under F.R.Evid. 803(8). Defendants may read admissible portions or redact

1 inadmissible portions and shall provide such redacted documents to Mr. Escalante's counsel for review
2 well in advance of use of redacted documents at trial.
3     **2.**    **Mr. Escalante's In Limine Motion To Exclude Other Crimes Which Mr. Escalante**
4 **Is Alleged To Have Committed Which Were Omitted In Affidavits To Support Warrants:** This
5 Court DENIES the in limine motion but will give a limiting instruction prepared by Mr. Escalante's
6 counsel that the evidence is not offered for the truth of the matter asserted.
7     **3.**    **Mr. Escalante's In Limine Motion To Exclude Reference To Alleged Reputation Of**
8 **Mr. Escalante Or His Family As Drug Dealers:** This Court GRANTS the motion without prejudice,
9 depending on evidence elicited from witness Malinda Moore.
10     IT IS SO ORDERED.
11 **Dated:**   **March 5, 2007**          /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES DISTRICT JUDGE