# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ESCALANTE, | CASE NO. CV F 05-0689 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| CITY OF DELANO, et al, | |
| Defendants. / | |

Settlement was reached at the March 15, 2007 settlement conference, and settlement terms were placed on the record. **Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than May 3, 2007, to file papers to dismiss this action in its entirety.**

**All court dates**, including the March 20, 2007, and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   March 15, 2007**            /s/ Lawrence J. O'Neill
66h44d                                 UNITED STATES DISTRICT JUDGE