1  **ROBINSON & KELLAR**
   **ATTORNEYS AT LAW**
2  **3434 TRUXTUN AVENUE, SUITE 150**
   **BAKERSFIELD, CALIFORNIA  93301**
3  **TELEPHONE (661) 323-8277**
   **FAX (661) 323-4205**
4
   OLIVER U. ROBINSON - SBN 37662
5  MICHAEL C. KELLAR - SBN 80251

6  Attorneys for Defendant, CITY OF DELANO, public entity, JACK GRIGGS, Chief of Police,
   individually, RUBEN CAMPOS, individually and officially; RAOUL ARVISO, individually and
7  officially; Det. JOHNSON, individually & officially; ERIC COSTELLO, individually & officially,
   Det. CASTENADA, individually & officially; Officer J. NICHOLSON, individually & officially,
8  Officer GUZMAN, individually & officially, Officer ORTIZ, individually & officially

9
                         **UNITED STATES DISTRICT COURT**
10
                         **EASTERN DISTRICT OF CALIFORNIA**
11                       _____

12

13 HECTOR O. ESCALANTE,                 )  NO. 1:05-CV-00689-REC-DLB
                                        )
14          Plaintiff,                  )  STIPULATION RE: DISMISSAL OF THE
                                        )  ENTIRE ACTION WITH PREJUDICE;
15     vs.                              )  [PROPOSED] ORDER
                                        )
16 CITY OF DELANO, public entity; JACK  )
   GRIGGS, CHIEF OF POLICE,             )
17 individually, RUBEN CAMPOS,          )
   individually and officially; RAOUL   )
18 ARVISO, individually & officially; Det. )
   JOHNSON, individually & officially; ERIC )
19 COSTELLO, individually & officially; Det. )
   CASTANEDA, individually & officially,  )
20 Officer J. NICHOLSON, individually &  )
   officially; Officer GUZMAN, individually )
21 and officially; Officer ORTIZ, individually )
   & officially; and DOES 1 - 10, Inclusive, )
22                                       )
            Defendants.                  )
23 _____)

24      TO THIS HONORABLE COURT:

25      IT IS HEREBY STIPULATED, by and between the plaintiff, HECTOR ESCALANTE, by

26 and through his counsel of record, and defendants, CITY OF DELANO, et al., by and through their

27 / / /

28 / / /

_____

STIPULATION RE: DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER
1

1  counsel of record, that the above-captioned matter be and hereby is dismissed as to all causes of

2  action, with prejudice.

3

4  DATED: April 27, 2007                    ROBINSON & KELLAR

5
                                           /s/ Michael C. Kellar
6                                    By_____
                                           MICHAEL C. KELLAR
7                                          OLIVER U. ROBINSON
                                           Attorneys for Defendants, CITY OF DELANO,
8                                          et al.

9

10  DATED: April 27, 2007                    LAW OFFICE OF ELLEN HAMMILL ELLISON

11

12                                         /s/ Ellen Hammill Ellison

13                                   By_____
                                           ELLEN HAMMILL ELLISON, Attorneys for
14                                         Plaintiff, Hector Escalante

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1          ORDER

2          IT IS HEREBY ORDERED that defendants, City of Delano, et al. are dismissed with

3   prejudice, as to all causes of action.

4          IT IS SO ORDERED.

5   **Dated:     April 30, 2007          /s/ Lawrence J. O'Neill**
                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28